82,986-01

April 13, 2015

To Court of Criminal Appeals
Hon. Abel Acosta, Clerk

Re: Procedure on resubmitting non compliance Writ.
Applicant: Meraz, Osmin Agruelles
CCA no: WR-82,986-01
Tr.Ct.no: C-371-010304-1254009-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

Dear Hon. Court Clerk,
    I recieved your official white Card notice dated 4-1-15 informing me of my dismissed application Writ of Habeas Corpus because of non-compliance. I added an extra page on two grounds on the supporting facts of the original Application Violating T.R.A.P. 73.01. I have another original Copy and have corrected the errors and have resolved the compliance issue.
    Please help to inform me of the proper procedure to resubmit my Corrected Writ as I have Constitutional grounds I would like the Court to review. Enclosed is a short outline of the possible Methods to resubmit without delay. Please check and/or provide a response on my proper way to Bring back my writ to the Courts consideration as my federal time is active to reach that Court. Thank You for your help in this very important Matter
A envelope is provided for quicker Service if applicable.
Note: No changes in the wording were made still the same. Just made room to Pages.

Sincerely,

Osmin A. Meraz #1794405

CC:
Env.
Procedure letter.

Procedure to properly resubmit non-compliance Writ:

In order to resubmit your corrected Writ of Habeas Corpus 11.07 you must:

Please check one or provide Information.

1. ☐ Resubmit to the Convicting Court Clerk.
with, _____

2. ☐ Resubmit back to this Court of Criminal appeals directly.
with, _____

3. ☐ Resubmit to _____

4. ☐ Other _____

5. ☐ See Notice

Re: WR-82,986-01   Applicant
Osmin A. Meraz #01794405